**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00970-CV

**ADAM G. ARREDONDO, M.D., Appellant**

**V.**

**TEXAS HEALTH VENTURE ENNIS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03652**

## ORDER

The reporter's record is past due. In an order dated October 16, 2015, we instructed the court reporter to file the reporter's record, written verification that appellant has not requested preparation of the reporter's record, or written verification that appellant has not paid or made arrangements to pay the fee for preparation of the reporter's record. We cautioned appellant that if the Court received written verification of no request, we would order the appeal submitted without the reporter's record.

On October 29, 2015, the court reporter filed a letter stating that she had not received a request to prepare the reporter's record. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
          JUSTICE